34 A.3d 775

IN THE MATTER OF ROBERT JOSEPH JENEY, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 030691984).

January 25, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–278, concluding that **ROBERT JOSEPH JENEY, JR.,** of **SCOTCH PLAINS,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard property belonging to a client or a third party), and good cause appearing;

It is ORDERED that **ROBERT JOSEPH JENEY, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.